UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANA GHOREISHIAN and REED DICKSON,

                        08 CV 5296 (VM)

            Plaintiff,

   -against-                        NOTICE OF APPEARANCE

THE CITY OF NEW YORK, a municipal
entity, NEW YORK CITY POLICE
OFFICER, OFFICER ZAKA REHMAN,
Shield No. 00820; and NEW YORK CITY
POLICE OFFICER JOSHUA KIESS, Shield
No. 01095; et al.

            Defendants.
---------------------------------------------------------X

        PLEASE TAKE NOTICE that Barry K. Myrvold, Assistant Corporation Counsel, of the Office of the Corporation Counsel of the City of New York, hereby appears as counsel for the defendant CITY OF NEW YORK.

DATED:    New York, New York
                June 27, 2008

                                        Respectfully submitted,

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        Attorney for Defendant
                                        CITY OF NEW YORK
                                        100 Church Street, Room 3-162
                                        New York, New York 10010
                                        (212) 788-9391
                                        (212) 788-9776 (facsimile)
                                        bmyrvold@law.nyc.gov

                                        By:  /s/  Barry Myrvold

To:    Jonathan Moore                 By ECF
        Beldock, Levine & Hoffman
        *Attorneys for Plaintiffs*