UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA GHOREISHIAN, et al.,

                              **Plaintiffs,**

                   - against -

THE CITY OF NEW YORK, et al.,

                              **Defendants.**

ORDER

08 Civ. 5296 (VM) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-09

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephonic conference before the Court on August 3, 2009,

**IT IS HEREBY ORDERED THAT**

(1) For the reasons stated on the record, Defendants **SHALL** produce all a) Civilian Complaint Review Board and Civilian Complaint Unit ("CCRB") records (without regard to whether such records are deemed to be "substantiated"), b) Internal Affairs or Inspectional Services Division ("IAB") records, and c) internal NYPD disciplinary records for Defendants Rehman, Kiess, and Broderick; and

(2) The Parties **SHALL** complete discovery in this case by **August 31, 2009**.

**SO ORDERED this 5th day of August 2009**
**New York, New York**

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge